E-FILED
Wednesday, 29 September, 2004  11:19:35 AM
Clerk, U.S. District Court, ILCD

SEP 2 8 2004

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| STEPHANIE MILLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 04-4065 ) |
| BLACKSTONE CONSULTING, INC., | ) ) |
| Defendant. | ) ) |

### JURY DEMAND

The undersigned demands a trial by jury.

STEPHANIE MILLER,
Plaintiff

By: _____
John F. Doak

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL 61204-3250
Telephone: 309-788-5661
Fax: 309-788-5688
s:\JFD\MillerS\jurydemand