UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| STEPHANIE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-4065 |
| | ) |
| BLACKSTONE CONSULTING, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF INTEREST

THE UNDERSIGNED counsel of record for plaintiff hereby furnishes the following Certificate of Interest in compliance with Standing Order C.D.I.L. 11.3 of this Court:

1. The law firm of Katz, Huntoon & Fieweger, P.C., represents the plaintiff in the above-captioned cause of action.

2. Plaintiff is not a corporation.

3. Principals and employees who will appear on behalf of plaintiff or are expected to appear for plaintiff include John F. Doak, designated lead counsel as well as Stephen T. Fieweger, P.C. and Andrew M. Rink.

                                            STEPHANIE MILLER,
                                            Plaintiff


                                            By:   /S/
                                                John F. Doak

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL 61204-3250
Telephone: 309-788-5661
Fax: 309-788-5688