# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

STEPHANIE MILLER,

    Plaintiff,

V.

BLACKSTONE CONSULTING, INC.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-4065

TO: (Name and address of defendant)

Blackstone Consulting, Inc.
c/o C T Corporation System
208 So. LaSalle Street
Suite 814
Chicago, IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Doak
Katz, Huntoon & Fieweger, P.C.
1705 - 2nd Avenue
Rock Island, IL 61201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: /s/ John M. Waters

(BY) DEPUTY CLERK: /s/ M. Keefer

DATE: 9-28-04

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE OCTOBER 7 2004 |
| NAME OF SERVER (PRINT) EDWARD D. SONNE, JR. | TITLE PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON BLACKSTONE CONSULTING, INC. C/O CT CORPORATION SYSTEM, BY LEAVING WITH DAWN SCHULTZ, AT 208 S. LASALLE, STE. 814, CHICAGO IL 60604

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCTOBER 11 2004
          Date

Signature of Server

Edward D. Sonne, Jr & Associates
7908 West 172nd Street
Tinley Park, IL 60477-3277
Lic#117-001047

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.