UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

OCT 2 6 2004

| | |
|---|---|
| STEPHANIE MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-4065 |
| ) | |
| BLACKSTONE CONSULTING, INC., ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION FOR EXTENSION OF TIME

NOW COMES Defendant, Blackstone Consulting, Inc. ("Blackstone" or "Defendant"), by and through its attorneys, and respectfully requests that this Honorable Court allow it an additional thirty (30) days within which to file its Answer or other responsive pleading in the above-captioned matter. In support of its Motion, Defendant states as follows:

1.  In this case, Plaintiff alleges that she was sexually harassed while working for Defendant. Plaintiff's Complaint was filed on September 28, 2004, and was served on Defendant on October 7, 2004.

2.  Defendant's Answer or other responsive pleading is therefore due to be filed on or before October 27, 2004.

3.  Defendant's attorneys first received Plaintiff's Complaint on October 21, 2004.

4.  The attorney representing Plaintiff in this matter also represents Plaintiffs in two other sexual harassment lawsuits filed against Defendant -- Gail Anderson-Long v. Blackstone Consulting, Inc. (Case Number 04-4064) and Joanna Graller-Hintz v. Blackstone Consulting, Inc. (Case Number 04-4063). The three Complaints were filed concurrently.

Document ID: 381335.1  10/25/2004 12:29:42 PM

5.  Defendant's counsel will not be able to make a reasonable investigation into the allegations and defenses in this case in time to file an Answer or other responsive pleading by October 27, 2004.

6.  Defendant therefore requests that it be allowed an additional thirty (30) days, to and including November 29, 2004, within which to file its Answer or other responsive pleading in this case.

7.  Plaintiff has agreed to this Motion.

8.  This Motion is not being brought for purposes of delay and Plaintiff will not be prejudiced if this Motion is granted.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant Defendant's Motion and allow it an additional thirty (30) days within which to file its Answer or other responsive pleadings in this case.

Date: October 26, 2004

Respectfully submitted,

_____
Clifford R. Perry III, One of the Attorneys
for Defendant

Clifford R. Perry III (06204955)
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on __10/26__ 20__04__

By: ☒ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ Overnight Courier
☐ Certified Mail ☐ Other:

Signature _____

2

Document ID: 381335.1  10/25/2004 12:29:43 PM