E-FILED
Tuesday, 26 October, 2004   04:46:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
Central District of Illinois

| | | |
|---|---|---|
| STEPHANIE MILLER, | ) | |
| | ) | Case No. 04-4065 |
| Plaintiff, | ) | |
| | ) | |
| BLACKSTONE CONSULTING, INC., | ) | APPEARANCE |
| | ) | |
| Defendants. | ) | |

OCT 2 6 2004

Now comes Blackstone Consulting, Inc. by and through its attorney Timothy M. Feeney of the firm of McCarthy, Callas, Fuhr & Ellison, P.C. and enters its appearance as co-counsel in the above captioned case and request service for all matters arising herein.

Date: October 26, 2004                    Blackstone Consulting, Inc., Defendants

By: _____
Timothy M. Feeney    No. 6216048
Co-Counsel for Defendant

McCarthy, Callas, Fuhr & Ellison, P.C.
329-18th Street
Rock Island, IL  61201
Phone:  309-788-2800
Fax:     309-793-4090
Email:  tfeeney.mcfe@thelawcenter.com

Copy to:
Katz, Huntoon & Fieweger, P.C.
John F. Doak
200 Plaza Office Building
P. O. Box 3250
Rock Island, IL  61204-3250

Laner, Muchin, Dombrow, Becker, Levin & Tominberg, Ltd.
Clifford R. Perry III
515 North State Street
Suite 2800
Chicago, IL  60610

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing Instrument was served upon each of the attorneys of record to all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office Mail Box in Rock Island, Illinois on the 26 th day of October, 2004.