AO 458 (Rev. 10/95) Appearance

E-FILED
Tuesday, 26 October, 2004  04:47:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central           DISTRICT OF           Illinois

STEPHANIE MILLER,

    Plaintiff,

v.

BLACKSTONE CONSULTING, INC.,

    Defendants.

**APPEARANCE**

Case Number: 04-4065

FILED
OCT 26 2004

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Blackstone Consulting, Inc.

I certify that I am admitted to practice in this court.

Date: 10-25-04

Signature: [signed]

Devlin J. Schoop       06243835
Print Name             Bar Number

515 North State Street, Suite 2800
Address

Chicago         IL        60610
City            State     Zip Code

312/467-9800              312/467-9749
Phone Number              Fax Number

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 10/26  20 04

By: [X] U.S. Mail         [ ] FAX
    [ ] Hand Delivered    [ ] Overnight Courier
    [ ] Certified Mail    [ ] Other:

Signature: [signed]