**E-FILED**

AO 458 (Rev. 10/95)  Appearance

Tuesday, 26 October, 2004 04:48:29 PM

Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |
| --- | --- | --- |

STEPHANIE MILLER,

   Plaintiff,

  v.

BLACKSTONE CONSULTING, INC.,

   Defendants.

**APPEARANCE**

Case Number:  04-4065

OCT 2 6 2004

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Blackstone Consulting, Inc.

I certify that I am admitted to practice in this court.

Date 10/25/04

Signature

| Clifford R. Perry III | | 06204955 |
| --- | --- | --- |
| Print Name | | Bar Number |

| 515 North State Street, Suite 2800 | | |
| --- | --- | --- |
| Address | | |

| Chicago | IL | 60610 |
| --- | --- | --- |
| City | State | Zip Code |

| 312/467-9800 | | 312/467-9749 |
| --- | --- | --- |
| Phone Number | | Fax Number |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _10/26_, 20_04_.

By: ☒ U.S. Mail  ☐ FAX
  ☐ Hand Delivered ☐ Overnight Courier
  ☐ Certified Mail ☐ Other

Signature