AO 458 (Rev. 10/95) Appearance

E-FILED
Tuesday, 02 November, 2004  09:24:44 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

_Central_ DISTRICT OF _Illinois_

STEPHANIE MILLER,

    Plaintiff,

v.

BLACKSTONE CONSULTING, INC.,

    Defendants.

**APPEARANCE**

Case Number: 04-4065

FILED
NOV - 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Blackstone Consulting, Inc.

I certify that I am admitted to practice in this court.

_10-28-04_
Date

_[signature]_
Signature

Joseph M. Gagliardo     00901989
Print Name     Bar Number

515 North State Street, Suite 2800
Address

Chicago     IL     60610
City     State     Zip Code

312/467-9800     312/467-9749
Phone Number     Fax Number