E-FILED
Thursday, 09 December, 2004  02:10:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| STEPHANIE MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-4065 |
| BLACKSTONE CONSULTING, INC., | ) ) Rule 26 Report |
| Defendant. | ) ) |

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on December 9, 2004 via telephone conference and was attended by: Clifford R. Perry III for the Defendant, and John F. Doak for the Plaintiff.

2. **Pre-discovery Disclosures.** The parties will exchange by February 1, 2005, the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan. Discovery will be needed on the following subjects: Plaintiff's claims of sexual harassment, and Defendant's defenses to those claims.

All discovery commenced in time to be completed by September 1, 2005.

Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff by October 1, 2005

    from Defendant by November 1, 2005

Supplementations under Rule 26(e) due no later than October 15, 2005.

4. **Other Items.** The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference at the Court's discretion.

Plaintiff will not join additional parties and should be allowed until June 1, 2005, to amend the pleadings.

Defendants will not join additional parties and should be allowed until July 1, 2005 to amend the pleadings.

All potentially dispositive motions should be filed by December 15, 2005. Settlement is unlikely, but may be enhanced by the use of ADR.

Date: December 10, 2004

Respectfully submitted,

/s/ Clifford R. Perry III
Clifford R. Perry III, One of the Attorneys for Defendant

Clifford R. Perry III (06204955)
Joseph M. Gagliardo (00901989)
Devlin J. Schoop (06243835)
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

2