UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| STEPHANIE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-4065 |
| | ) |
| BLACKSTONE CONSULTING, INC., | ) |
| | ) |
| Defendant. | ) |

To: Clifford R. Perry, III, Laner Muchin, 515 North State Street, Ste., 2800, Chicago, IL 60610

The undersigned certifies that on the **1st** day of **February, 2005**, a true and correct copy of **Plaintiff's Rule 26 Disclosure Statement**, along with a copy of this Certificate, was served on the attorney of record herein by U.S. Mail in a postage paid envelope and deposited in the U.S. Mail at Rock Island, Illinois to such attorney at their business address.

STEPHANIE MILLER,
Plaintiff,


By: /s/ John F. Doak

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
P.O. Box 3250
1705 2nd Avenue
Rock Island, IL 61204-3250
Tel: 309/788-5661
Fax: 309/788-5688