E-FILED
Tuesday, 01 February, 2005  04:43:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| STEPHANIE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-4065 |
| | ) | |
| BLACKSTONE CONSULTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

To:  Mr. John F. Doak                    Mr. Timothy M. Feeney
     Katz, Huntoon & Fieweger, P.C.      McCarthy, Callas, Fuhr & Ellison, P.C.
     200 Plaza Office Building           P.O. Box 3100
     P.O. Box 3250                       Rock Island, Illinois 61204-3100
     Rock Island, Illinois 61204-3250

The undersigned certifies that on the 1st day of February, 2005, a true and correct copy of **Defendant's Rule 26 Disclosures**, along with a copy of this Certificate, was served on the attorney of record herein by U.S. Mail in a postage paid envelope and deposited in the U.S. Mail at Chicago, Illinois, to such attorney at their business address.

BLACKSTONE CONSULTING, INC.

/S/
Clifford R. Perry III, One of the Attorneys for Defendant

For:
Clifford R. Perry III (06204955)
Joseph M. Gagliardo (00901989)
Devlin J. Schoop (06243835)
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

Mr. Timothy M. Feeney
McCarthy, Callas, Fuhr & Ellison, P.C.
P.O. Box 3100
Rock Island, Illinois 61204-3100
309/788-2800
309/793-4090 (fax)