**E-FILED**
Thursday, 10 February, 2005 11:40:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEPHANIE MILLER ) | | |
| Plaintiff ) | | |
| ) | | |
| vs. ) | Case No. | 04-4065 |
| ) | | |
| BLACKSTONE CONSULTING INC ) | | |
| Defendant ) | | |

**ORDER FOLLOWING REPORT OF SETTLEMENT**

This case has been reported settled by the parties. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 9th day of February, 2005.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE