UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| STEPHANIE MILLER, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-4065 |
| BLACKSTONE CONSULTING, INC., | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF 35 DAY ORDER**

Stephanie Miller, plaintiff, by and through her attorneys, Katz, Huntoon & Fieweger, P.C., and for her Motion for Extension of 35 Day Order. states as follows:

1. On February 7, 2005, the parties to this case, by and through their attorneys, reached an agreed resolution of the case.

2. On February 9, 2005, both attorneys reported to the court that the matter had been resolved and settled by the parties.

3. Also on February 9, 1005, the court acknowledged the reporting of settlement, and directed the parties to file, within 35 days of the date of that Order, a Stipulation of Dismissal and a dismissal Order.

4. When counsel for the plaintiff had not received the draft documents, he inquired as to the status on March 3, 2005 and was informed by defense counsel that he was awaiting copies of the drafted documents from his client who was still revealing drafts.

2

5. Counsel for the plaintiff received the draft documents on March 15, 2005, and as a result, the settlement has not yet been consummated.

6. Plaintiff now lives out-of-state which may require additional time to coordinate execution of the paperwork.

7. Counsel for defendant has no objection to the extension.

WHEREFORE, plaintiff requests that the court grant an extension of time to effectuate full settlement and dismissal of claims and requests an additional 21 days and for such other and further relief as is just and equitable.

STEPHANIE MILLER, Plaintiff

By: /s/John F. Doak

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL  61204-3250
Telephone:  309-788-5661
Fax:  309-788-5688

s:\wp\worddoc\11314001.02M

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause by enclosing a copy thereof in an envelope addressed to each parties at their respective addresses, with postage fully prepaid, and by depositing said envelope in the U.S. Mail in Rock Island, IL, on the 15th day of March, 2005.

/s/ John F. Doak