UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| STEPHANIE MILLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BLACKSTONE CONSULTING, INC. )<br>)<br>Defendant. ) | Case No. 04-4065 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This case having been settled, the parties, by their attorneys and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned matter with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 5th day of April, 2005.

| | |
|---|---|
| Stephanie Miller, Plaintiff | Blackstone Consulting, Inc., Defendant |
| | |
| By:___/s/ John F. Doak_____ | By:__/s/ Clifford R. Perry, III_____ |
| Katz, Huntoon & Fieweger, P.C.<br>1000-36th Avenue<br>P.O. Box 950<br>Moline, IL 61266-0950 | Laner, Muchin, Dowbrow, Becker,<br>Levin and Tominberg, Ltd.<br>515 North State Street, Ste. 2800<br>Chicago, IL 60610 |